# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

TAVON'S L. JOHNSON,  )
TIMOTHY OWENS, and  )
WENDELL L. DEMPSEY,  )
            )
    Plaintiffs,  )
            )
v.          )    CV417-181
            )
JOHN WILCHER, Sheriff,  )
            )
    Defendant.  )
            )

## REPORT AND RECOMMENDATION

Plaintiffs Tavoris Johnson,[1] Wendell Dempsey, and Timothy Owens are inmates at the Chatham County Detention Center. *See* doc. 1 at 5. Recently, the coastal areas of the Southeastern United States, including Chatham County, Georgia, were threatened by a hurricane. In response to that threat, Georgia's Governor issued a mandatory evacuation order for Chatham County. *See* Greg Bluestein, *Hurricane Irma: Deal Orders Mandatory Evacuation of Coastal Georgia*, ATLANTA JOURNAL-CONSTITUTION (Sept. 7, 2017), http://www.ajc.com/news/state--regional-

---

[1] The docket indicates that plaintiff Johnson's first name is "Tavon's." The Court has maintained that spelling in the caption for clarity and consistency. That spelling appears based on the hand-written Complaint, which is difficult to read. *See generally*, doc. 1. Plaintiffs' motion to proceed *in forma pauperis*, however, indicates that Johnson's first name is "Tavoris." *See* doc. 2 at 1. Given the likelihood that Johnson's name is "Tavoris," the Clerk is **DIRECTED** to correct the docket.

govt--politics/hurricane-irma-deal-orders-mandatory-evacuation-coastal-georgia/YhTJpean3NzWwAjNMYDR5H/. Plaintiffs seek damages they contend arose from Sheriff Wilcher's failure to evacuate them. *See* doc. 1 at 5-6. They also seek to proceed *in forma pauperis* (IFP). *See* doc. 2.

Plaintiffs' Complaint should be dismissed without prejudice because they cannot proceed jointly. In an ordinary civil case, multiple plaintiffs may join a single Complaint if they seek common relief "arising out of the same transaction, occurrence, or series of transactions or occurrences . . . ." Fed. R. Civ. P. 20(a). Prisoner / plaintiffs' ability to proceed jointly, when all seek to proceed IFP, is limited by the Prison Litigation Reform Act (PLRA). *See Hubbard v. Haley*, 262 F.3d 1194, 1196-97 (11th Cir. 2001). Because the PLRA requires that each prisoner pay the full filing fee, multi-plaintiff actions are not permitted. *See id.* at 1198 ("Because the plain language of the PLRA requires that each prisoner proceeding IFP pay the full filing fee, we hold that the district court properly dismissed the multi-plaintiff action . . . ."); *see also Bownes v. Turner Guilford Knight Detention*, 510 F. App'x 863, 864 (11th Cir. 2013) (noting that *Hubbard* rule applies regardless of the nature of the claim asserted); *Patchen v. Evans*, 2017 WL 2728208 at * 3 (S.D. Ga.

2

June 23, 2017) ("Eleventh Circuit law clearly prohibits multiple prisoner-plaintiffs from proceeding *in forma pauperis* in the same civil action.").

Accordingly, plaintiffs' request to proceed IFP (doc. 2) should be **DENIED**, and their Complaint should be **DISMISSED without prejudice**. If any plaintiff wishes to pursue his claim individually, he must submit his own Complaint and individually move to proceed IFP or pay the full filing fee.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are

advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 4TH day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA